bobFrom:      Bob Domec [bobrnd@swbell.net]
Sent:    Friday, April 30, 2010 11:15 AM
To:      Barbara Rogers
Subject:      Cafe Annice

Ms Rogers,

we are very close to having a 2008 tax return for Cafe Annice ... but, here is my problem. since last communicating with you, i have learned what we have been paid for 2008/2009. basically since 1/01/09 we have received $2,750.00 (which includes the $500.00 i told you about) and our payroll services alone for 2009 amount to $3,000.00; then add the first four months of 2010 which is another $1,000.00 ... leaving a balance due of $1,250.00 just for payroll.

my employee has 193 hours in preparing data for the 2008 year billable @ $70./hr which equates to $13,510.00 plus the cost of the tax return preparation.

where do we go from here?

EXHIBIT "A"